MAY 10, 1990

No. A–785.   STOKES *v.* ARMONTROUT, WARDEN.   Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

MAY 11, 1990

No. A–798.   STOKES *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.   Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution.

MAY 14, 1990

No. 88–7070.   GALLAGHER *v.* UNITED STATES.   C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Ojeda Rios, ante,* p. 257.

No. 89–479.   BENITEZ ET AL. *v.* PORT AUTHORITY TRANS-HUDSON CORP.   C. A. 3d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of